UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. **JORGE BANUELOS,**
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. **RONALD DEAN DEHERRERA, a/k/a "DINO,"**
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. **DAVID ZAMORA,**
14. STEVE ZAMORA, and
15. MILTON A. YON,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTIONS
## TO CONTINUE SENTENCING HEARINGS

Defendants Jorge Banuelos, Ronald Dean DeHerrera, and David Zamora have filed unopposed motions **(#742, #766, #732)** to continue their respective sentencing hearings. Such hearings are currently set for July 10, July 17, and August 7, 2006, respectively. Each of these Defendants desires to be sentenced after the last trial is held for their co-defendants. A hearing is set for July 7, 2006, for the purpose of resetting the remaining trials.

Good cause having been shown,

**IT IS ORDERED** that the motions **(#742, #766, #732)** to continue the sentencing hearings are **GRANTED**. The sentencing hearings set for Jorge Banuelos (July 10, 2006), Ronald Dean DeHerrera (July 17, 2006), and David Zamora (August 7, 2006) are **VACATED**. Counsel shall jointly contact chambers at (303) 335-2289 at **1:00 p.m.** on **July 12, 2006**, to reset the sentencing hearings.

Dated this 6th day of July, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge