UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   LEE ARTHUR THOMPSON, a/k/a "LT,"
2.   ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.   **JORGE BANUELOS,**
4.   CECILIA LOZANO,
5.   DENISE GUTIERREZ,
6.   KENNETH PRIEN, a/k/a "KENNY,"
7.   RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.   WILLIAM L. GLADNEY, a/k/a "L,"
9.   STEVEN LAMONT ELLIS,
10.   JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.   JESSICA CRUTHERS,
12.   PAUL ROSE, JR.,
13.   DAVID ZAMORA,
14.   STEVE ZAMORA, and
15.   MILTON A. YON,

    Defendants.

## ORDER RESETTING SENTENCING HEARING

**IT IS ORDERED** that the sentencing hearing for Defendant Jorge Banuelos is reset to **April 2, 2007 at 10:00 a.m.** in courtroom A901, 901, 19th Street, Denver, Colorado.

Dated this 12th day of July, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge